# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MONTANO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; UNUM LIFE INSURANCE COMPANY OF AMERICA; and, VIKING FREIGHT LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 2:21-cv-03115-CBM (MAAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE  [JS-6]**<br><br>Judge:　Hon. Consuelo B. Marshall<br>Ctrm:　8B<br><br>Complaint Filed:　April 9, 2021 |

　　Based upon the Stipulation of the Parties and for good cause shown,

　　IT IS HEREBY ORDERED that this action, Case No. 2:21-cv-03115-CBM (MAAx), is dismissed in its entirety as to all defendants with prejudice.  Each Party shall bear its own attorneys' fees and costs in this matter.

　　IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

　　**IT IS SO ORDERED.**

Dated: SEPTEMBER 17, 2021

_____
HON. CONSUELO B. MARSHALL
United States District Court Judge